# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN SOILEAU, DANNY NEAL, DEXTER NEAL, PAUL CHAMPAGNE, JEREMY MARSHALL, RYAN GUTHRIE, ROLAND THIBODEAUX, COLBY PEREZ, BRYCE DAIGLE, ERIC HILLHOUSE, BRADLY BISHOP, BRANDON BONONA, AND HARRY SMITH | § § § § § § § § § § | CIVIL ACTION NO. JUDGE MAG. |
| VS. | § § | |
| GPS MARINE, LLC, M/V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, M/V CAPT. VINCE GAMBARELLA, and M/V CAPT. RUSSEL L | § § § § § | |

## SEAMEN'S VERIFIED COMPLAINT FOR UNPAID WAGES

NOW INTO COURT, through undersigned counsel, come the current and former employees of GPS MARINE, LLC identified below who will assert as follows:

1.

Mare plaintiffs herein are the following:

a) WARREN SOILEAU, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

b) DANNY NEAL, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

c) DEXTER NEAL, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

d) PAUL CHAMPAGNE, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

1

e) JEREMY MARSHALL, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

f) RYAN GUTHRIE, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

g) ROLAND THIBODEAUX, a person of the full age of majority and a current or former employee of GPS Marine, LLC

h) COLBY PEREZ, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

i) BRYCE DAIGLE a person of the full age of majority and a current or former employee of GPS Marine, LLC,

j) ERIC HILLHOUSE a person of the full age of majority and a current or former employee of GPS Marine, LLC,

k) BRADLY BISHOP, a person of the full age of majority and a current or former employee of GPS Marine, LLC,

l) BRANDON BONONA, a person of the full age of majority and a current or former employee of GPS Marine, LLC; and

m) HARRY SMITH, a person of the full age of majority and a current or former employee of GPS Marine, LLC.

2.

Made defendants herein are the following:

a) GPS MARINE, LLC. (hereinafter sometimes "GPS MARINE") a Louisiana company licensed to do and doing business within the jurisdiction of this Honorable Court.

b) M/V T.W. BOUDREAUX a U.S. Flagged towing vessel bearing official number 521655 currently moored at or about Quality Energy Services, 230 Menard Rd. in Houma, Louisiana and within the Jurisdiction of this court.

c) M/V DEVIN SCHIEFFLER a U.S. Flagged towing vessel bearing official number 555706, which is currently or soon expected to be within the Jurisdiction of this court.

d) M/V CAPT. VINCE GAMBARELLA a U.S. Flagged towing vessel bearing official number 646701, which is currently or soon expected within the Jurisdiction of this court.

e) M/V CAPT. RUSSEL L a U.S. Flagged towing vessel bearing official number 538160, which is currently or soon expected to be within the Jurisdiction of this court.

3.

Complainants are seamen pursuing unpaid wages, penalty wages, penalties, attorneys' fees, costs of litigation, actual damages, consequential damages, and all other such relief as may be available, against their current and/or former employer, GPS MARINE, and the vessels upon which they served, *In Rem.*

4.

This court has jurisdiction pursuant to 28 U.S.C. 1333. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure for the United States District Courts. Plaintiffs were employed as crew members aboard the M/V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, M/V CAPT. VINCE GAMBARELLA, and M/V CAPT. RUSSEL L, a fleet of vessels, operated by the defendant, GPS MARINE, and are seaman who, pursuant to Title 28, United Stated Code, Section 1916, shall not be required to give security for costs upon the filing of this action.

5.

Complainants worked for GPS MARINE on the aforementioned vessels in late 2019 and early 2020.

6.

Following the completion of their scheduled work and/or upon the completion of their regular pay period, complainants either did not receive a check or received non-sufficient funds ("N.S.F.") checks for their wages.

7.

Each complainant has faithfully performed all of his duties on board either and/or the M/V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, M/V CAPT. VINCE GAMBARELLA, and M/V CAPT. RUSSEL L, but despite repeated demands, GPS MARINE has refused to pay complainants' wages and accumulated employees benefits as when and where due and demanded. Complainants are collectively owed in excess of $90,000.00 in wages and benefits earned and due, but unpaid. Complainants are entitled to an accounting of the wages due to them. Complainants are additionally owed prejudgment interest on all wages, penalty wages due them from date due until paid, and attorneys' fees, and all other such equitable relief as may be available.

8.

More than 15 days have passed since GPS MARINE failed to timely pay the seamen's wages and following amicable demand.

9.

GPS MARINE is liable under La. Rev. Stat. Ann. § 23:631 *et seq.* for failure to timely pay its current and/or former employees.

10.

As a result of GPS MARINE's failure to timely pay complainants wages, GPS MARINE is liable under La. Rev. Stat. Ann. § 23:632 for the payment of either ninety days wages at the employee's daily rate of pay, or else for full wages from the time the employee's demand for payment is made until the employer shall pay or tender the amount of unpaid wages due to such employee, whichever is the lesser amount of penalty wages.

11.

GPS MARINE is liable for attorneys' fees and costs under La. Rev. Stat. Ann. § 23:632 because complainants have made demand upon GPS MARINE and they remain unpaid.

12.

GPS MARINE is liable under the Fair Labor Standards Act of 1938, 29 U.S.C.A. § 201, for failure to pay minimum wage under 29 U.S.C.A. § 206 when it did not pay its employees at all following the completion of their hitches.

13.

GPS MARINE is liable under 29 U.S.C.A. § 216 for the payment of attorneys' fees and cost following its failure to pay its employees.

14.

GPS MARINE also issued checks to current and former employees which were dishonored for nonsufficient funds ("N.S.F"). Complainants who received dishonored checks have made demand upon GPS MARINE to pay the obligations, but GPS MARINE has not yet satisfied those obligations.

15.

GPS MARINE is liable to Complainants who received N.S.F. checks from GPS for attorneys' fees and penalties under La. Rev. Stat. Ann. § 9:2782.

16.

Complainants are entitled to pre-judgment interest from the date of non-payment or in the alternative the date of judicial demand.

17.

Venue is proper in this court because this is the court where the employment was entered into, where the wages were to be paid, and where the vessels upon which the complainants served may be found.

**WHEREFORE**, Complainants pray that the GPS MARINE, LLC, M/V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, and the M/V CAPT. VINCE GAMBARELLA be duly cited to appear and answer this complaint; and after legal delays and due proceedings had, that there be judgment herein in favor of the complainants and against the defendants for a sum to be determined by the trier of facts, together with the legal interest thereon from the date of judicial demand, plus all appropriate costs of these proceedings and for all general and equitable relief as may be available. Complainants further pray for an accounting of all wages due to them, and a money judgment for wages, penalty wages, penalties, actual damages, consequential damages, prejudgment interest, attorneys' fees, and costs with legal interest thereon, altogether with all future penalty wages which become due during the pendency of these proceedings, until such time as said wages and penalty wages are paid.

Complainants further pray that a writ, in rem, be issued by this Court pursuant to Rule C for the arrest of the M/V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, RUSSEL L and the

M/V CAPT. VINCE GAMBARELLA and that said writ be continued in full force and effect to stand as security for the claims of the complainants, and that any person claiming an interest therein be cited to appear and answer the matter aforesaid, and that in due course the M/V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, M/V RUSSEL L and the M/V CAPT. VINCE GAMBARELLA be condemned and sold to satisfy complainants' claims as set forth in this Complaint, and that complainants' claims be recognized as a maritime lien and paid with preference and priority.

Respectfully submitted,

**COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.**

BY:   /s/ Andrew J. Cvitanovic
**PHILIP F. COSSICH, JR., #1788 (T.A.)**
**DAVID A. PARSIOLA #21005**
**ANDREW J. CVITANOVIC #34500**
**JENNIFER R. NETHERTON #35265**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

**PLEASE SERVE:**

**GPS MARINE, LLC**
**C/O Its Registered Agent**
**Lovencie J. Gambarella, Jr.**
**315 Venture Blvd.**
**Houma LA 70360**

**PLEASE HOLD SERVICE:**

**M/V T.W. BOUDREAUX**

**M/V DEVIN SCHIEFFLER**

**M/V RUSSEL L**

**M/V CAPT. VINCE GAMBARELLA**