# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WARREN SOILEAU, DANNY NEAL, DEXTER NEAL, PAUL CHAMPAGNE, JEREMY MARSHALL, RYAN GUTHRIE, ROLAND THIBODEAUX, COLBY PEREZ, BRYCE DAIGLE, ERIC HILLHOUSE, BRADLY BISHOP, BRANDON BONONA, AND HARRY SMITH** | § § § § § § § § § § | C/A NO. 2:20-cv-00484<br><br>JUDGE GUIDRY<br><br>MAG. ROBY |
| VS. | § § | |
| **GPS MARINE, LLC, M /V T.W. BOUDREAUX, M/V DEVIN SCHIEFFLER, M/V CAPT. VINCE GAMBARELLA, and M/V CAPT. RUSSEL L** | § § § § § | |

## MOTION FOR WRIT OF ATTACHMENT

COMES NOW, by and through undersigned counsel, Plaintiffs, Warren Soileau et al, the former employees of GPS Marine, LLC who respectfully suggests to this Honorable Court that the Verified Complaint and attached Verification filed herein set forth the conditions for an action in rem pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Therefore, Plaintiffs respectfully requests this Court to issue a warrant for the arrest of the M/V Capt. Vince Gambarella (bearing USCG number 646701), M/V Russel L (bearing USCG number 538160) and M/V Devin Schieffler (bearing USCG Number 555706), their engines, tackle, apparatus, rigging, bunkers, furnishings, and fixtures (the "Vessels").

Plaintiffs agree to hold harmless and indemnify the United States of America, the United States Marshall, their agents, servants, employees and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the Vessel.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to issue an order for a Warrant of Arrest of the M/V Capt. Vince Gambarella (bearing USCG number 646701), M/V Russel L (bearing USCG number 538160) and M/V Devin Schieffler (bearing USCG Number 555706) wherever they may be found in the Eastern District of Louisiana.

**COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.**

BY: /s/ Andrew J. Cvitanovic
**PHILIP F. COSSICH, JR., #1788 (T.A.)**
**DAVID A. PARSIOLA #21005**
**ANDREW J. CVITANOVIC #34500**
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. A copy has also been sent to GPS Marine, LLC by electronic transmission and US Mail.

/s/ Andrew J. Cvitanovic